RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 2-25-09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CONTINENTAL HOLDINGS, INC. | CIVIL ACTION NO. 09-00595 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LIBERTY MUTUAL INSURANCE COMPANY AND AMERICAN MOTORISTS INSURANCE COMPANY | MAG. JUDGE KAREN L. HAYES |

## ORDER

Pending before the Court is a motion to stay proceedings [Doc. No. 28] filed by Defendant Liberty Mutual Insurance Company. On August 24, 2009, Plaintiff submitted a memorandum in opposition to the motion to stay [Doc. No. 43].

Defendant contends that the issues on appeal to the Fifth Circuit in *Bridgestone v. Liberty Mutual Ins. Co.*, No. 09-30422, are the same issues that define this litigation, and that the Fifth Circuit's decision will bind this Court. Plaintiff responds that postponing resolution of Defendant's defense obligations under the insurance policy is unfair because Plaintiff cannot postpone the underlying state court action against it, but must continue to expend resources defending the suit.

"A stay pending adjudication in another tribunal should not be granted unless that tribunal has the power to render an effective judgment on issues that are necessary to the disposition of the stayed action." *Itel Corp. v. The M/S Victoria U*, 710 F.2d 199, 203 (5th Cir. 1983). In deciding *Bridgestone v. Liberty Mutual Ins. Co.*, No. 09-30422, the Fifth Circuit has the power to render a judgment that necessarily will bind the Court in the present case.

Having reviewed the Defendant's motion to stay and the Plaintiff's memorandum in

opposition, the Court finds that judicial economy and efficiency dictate that proceedings in this case be stayed pending the Fifth Circuit's resolution of *Bridgestone v. Liberty Mutual Ins. Co.*, No. 09-30422.

IT IS ORDERED that Defendant's motion to stay [Doc. No. 28] is GRANTED, and proceedings in this matter are stayed until the Fifth Circuit decides *Bridgestone v. Liberty Mutual Ins. Co.*, No. 09-30422.

IT IS FURTHER ORDERED that the Clerk of Court administratively terminate this action.

DONE AND SIGNED this 29 day of September, 2009, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE